In the Matter of the Application of JOSEPH J. HEROLD COMPANY, Appellant, v. MORGAN H. GRACE COMPANY, Respondent, for an Order Requiring Said Defendant to Submit Certain Differences between the Parties to Arbitration.—

Orders affirmed, with ten dollars costs and disbursements, on the authority of *Matter of Bullard* (210 App. Div. 476), decided October 31, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.